

# NUMBER 13-21-00267-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI − EDINBURG

SONIA BEARD WHITAKER,                                                    Appellant,

v.

HAZEL GUILLEN,                                                              Appellee.

### On appeal from the County Court of
### of Matagorda County, Texas.

# ORDER

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

Before the court is appellant's motion for free appellate record. We now ABATE this appeal and REMAND the cause to the trial court for further proceedings. Upon remand, the trial court shall immediately cause notice of a hearing to be given and, thereafter, conduct a hearing to determine the following:

1. Whether appellant is indigent;

2.  Whether appellant is entitled to a free appellate record due to indigency; and

3.  Whether appellant has been provided a complete copy of the appellate record.

If the trial court determines that appellant is indigent and entitled to a free appellate record, the trial court shall make any orders necessary to ensure appellant has the opportunity to fully examine the appellate record.

The trial court shall cause its finding and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

PER CURIAM

Delivered and filed on the
9th day of September, 2021.

2